FILED

2013 JAN -8 AM 11: 20

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY OTA   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERNESTO DOMINGUEZ, <br><br> Defendant. | Criminal Case No. 12CR4084-W <br><br> **ORDER** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and with leave of the Court as endorsed hereon, the United States Attorney for the Southern District of California hereby dismisses, without prejudice, the Indictment in the above-captioned case against Defendant ERNESTO DOMINGUEZ.

Leave of the Court for the filing of the dismissal without prejudice is GRANTED.

IT IS FURTHER ORDERED that Defendant ERNESTO DOMINGUEZ be remanded to the custody of the Immigration and Customs Enforcement.

IT IS FURTHER ORDERED that all future dates are vacated.

DATED: January 8, 2013.

Thomas J. Whelan
United States District Court Judge